IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

PAULA TAYLOR                                              Plaintiff

vs.                                         1:04-CV-52 JMM

U. S. POSTAL SERVICE                               Defendant

## ORDER OF DISMISSAL

The Court has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that the complaint is dismissed with prejudice. The Court retains complete jurisdiction for 60 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all pending motions and/or counterclaims are denied as being moot.

Dated this 19th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE